AUGUST 6, 1962

No. 66959.—APPEAL 5084.—Rosenblad Corp. *v.* United States.——

——Abstract 65600 affirmed April 11, 1962. C.A.D. 800.

AUGUST 8, 1962

No. 66960.—APPEAL 5087.—F. H. Kaysing *v.* United States.——

——Abstract 65708 affirmed April 11, 1962. C.A.D. 798.